| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) COFFEY, JOHN L. | 2. Court or Organization 7th Circuit Court of Appeals | 3. Date of Report 04/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address Federal Building - Courthouse Room 619 Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1954, 1978 | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, State of Wisconsin Employee Pension Plan |
| 2. and 1982 | Explanation: Reporter is a participant in 3 government sponsored pension plans as a result of his employment as Milwaukee City Attorney, Milwaukee County |
| 3. -- | Circuit Court Judge and Wisconsin Supreme Court Justice. |

RECEIVED 2009 MAY 18 A 11: 45 FINANCIAL DISCLOSURE OFFICE

Coffey_John_L

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Judicial Retirees & Surv. - U.S. Courts; Milwaukee County, City of Milwaukee, State of Wisconsin Pensions | $263,090.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-Employed artist-painter |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST | | | | | | | | | |
| 2. ADVISORS INNER CIRCLE SMIDCAP FUND | A | Dividend | K | T | Buy | 12/19 | K | | |
| 3. AIG | | None | | | Buy | 3/18 | J | | |
| 4. | | | | | Sold | 7/2 | J | A | |
| 5. ALCOA, INC. | | None | | | Buy | 10/31 | J | | |
| 6. | | | | | Sold | 12/19 | J | A | |
| 7. ALLIANCE BERNSTEIN INTL GROWTH | A | Dividend | K | T | | | | | |
| 8. AMERIPRISE FINANCIAL | A | Dividend | | | Sold | 12/19 | J | A | |
| 9. AMGEN | | None | | | Sold | 3/20 | J | A | |
| 10. ANHEUSER-BUSCH | A | Dividend | | | Sold | 6/27 | J | A | |
| 11. ASHLAND INC | A | Dividend | | | Sold | 8/4 | J | A | |
| 12. AT&T | A | Dividend | | | Sold | 12/19 | J | A | |
| 13. AVNET | | None | | | Buy | 12/15 | J | | |
| 14. | | | | | Sold | 12/19 | J | A | |
| 15. BEAR STEARNS | A | Dividend | | | Sold | 3/17 | J | A | |
| 16. BERKSHIRE HATHAWAY CL. B | | None | L | T | | | | | |
| 17. BB&T MUTUAL FUND MID CAP | | None | | | Sold | 12/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BURLINGTON, NTHRN, SANTA | | None | | | Buy | 5/16 | J | | |
| 19. | | | | | Sold | 12/19 | J | A | |
| 20. CAMPBELLSPORT WI. SCH. DIST. | B | Interest | K | T | | | | | |
| 21. CARROLLTON MICH. PUB. SCH. DIST. | A | Interest | | | Sold | 5/1 | K | A | |
| 22. CATEPILLAR | A | Dividend | | | Buy | 9/9 | J | | |
| 23. | | | | | Sold | 12/19 | J | A | |
| 24. CBS CLASS B | A | Dividend | | | Sold | 5/22 | J | A | |
| 25. CENTERPOINT ENERGY | | None | | | Buy | 12/15 | J | | |
| 26. | | | | | Sold | 12/19 | J | A | |
| 27. CGM TR. FOCUS FD | A | Dividend | K | T | | | | | |
| 28. CHEVRON CORP. | A | Dividend | | | Buy | 3/27 | J | | |
| 29. | | | | | Sold | 12/19 | J | A | |
| 30. CHILTON WI SDS | B | Interest | K | T | Buy | 2/22 | K | | |
| 31. CITIGROUP | A | Dividend | | | Sold | 3/20 | J | A | |
| 32. CNX GAS CORP | | None | | | Sold | 7/17 | J | A | |
| 33. COMCAST CLASS A | A | Dividend | | | Buy | 5/12 | J | | |
| 34. | | | | | Sold | 12/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CONSTELLATION ENERGY | A | Dividend | | | Buy | 5/15 | J | | |
| 36. | | | | | Sold | 9/16 | J | A | |
| 37. CONOCO PHILLIPS | A | Dividend | | | Sold | 12/19 | J | A | |
| 38. DELL INC | | None | | | Sold | 4/9 | J | A | |
| 39. DENBURY RESOURCES | | None | | | Buy | 12/11 | J | | |
| 40. | | | | | Sold | 12/19 | J | A | |
| 41. DFA INVT DIMENSIONS SM CAP | B | Dividend | K | T | | | | | |
| 42. EATON CORP. | | None | | | Buy | 7/30 | J | | |
| 43. | | | | | Sold | 12/19 | J | A | |
| 44. EXELON CORP. | A | Dividend | | | Buy | 4/9 | J | | |
| 45. | | | | | Sold | 12/19 | J | A | |
| 46. EXXON MOBIL | B | Dividend | L | T | Sold (part) | 9/11 | J | B | |
| 47. FEDERAL HOME LN. MTG. CORP. | | None | | | Sold | 12/19 | J | A | |
| 48. FL ST. BRD ED. PUB. ED. REF. | C | Interest | L | T | | | | | |
| 49. FMI FDS LARGE CAP | B | Dividend | M | T | Buy | 12/19 | M | | |
| 50. FORTUNE BRANDS | A | Dividend | | | Sold | 12/12 | J | A | |
| 51. FULTON CNTY GA BLDG AUTH | A | Interest | | | Sold | 1/2 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GAINSVILLE FL UTILS REV A | B | Interest | K | T | | | | | |
| 53. GENERAL ELECTRIC | C | Dividend | L | T | Sold (part) | 12/19 | J | C | |
| 54. GOLDMAN SACHS | A | Dividend | | | Sold | 3/17 | J | C | |
| 55. HARBOR INTL FD | B | Dividend | L | T | | | | | |
| 56. HEWLETT-PACKARD | A | Dividend | | | Sold | 7/7 | J | A | |
| 57. HUDSON CITY BANC | A | Dividend | | | Sold | 7/30 | J | A | |
| 58. ILL TOOL WORKS | A | Dividend | | | Sold | 12/19 | J | A | |
| 59. INDIANAPLIS LOC. PUB. SERIES A | C | Interest | L | T | | | | | |
| 60. INGERSOLL RAND CO | | None | | | Sold | 4/10 | J | A | |
| 61. INTEL | A | Dividend | | | Sold | 4/29 | J | A | |
| 62. JOHNSON & JOHNSON | B | Dividend | | | SLD | 11/6 | J | C | |
| 63. JUDSON, TX, SCHRFDG | B | Interest | K | T | Buy | 4/4 | K | | |
| 64. KEELY SM CAP VALUE CLASS A | B | Dividend | K | T | | | | | |
| 65. KROGER CO. | | None | | | Buy | 11/5 | J | | |
| 66. | | | | | Sold | 12/19 | J | A | |
| 67. LEUCADIA NATL CORP. | | None | | | Buy | 7/17 | J | | |
| 68. | | | | | Sold | 12/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LIBERTY MEDIA HLDG | A | Dividend | | | Sold | 12/19 | J | A | |
| 70. LOOMIS SAYLES FDS BOND FD | | None | J | T | Buy | 12/19 | J | | |
| 71. LOWES COMPANIES | | None | | | Buy | 9/2 | J | | |
| 72. | | | | | Sold | 12/19 | J | A | |
| 73. MERCK | A | Dividend | | | Sold | 12/19 | J | A | |
| 74. MET LIFE | A | Dividend | | | Buy | 4/10 | J | | |
| 75. | | | | | Sold | 10/2 | J | A | |
| 76. MICROSOFT | A | Dividend | | | Sold | 5/19 | J | A | |
| 77. ML & COMPANY | A | Dividend | | | Buy | 4/29 | J | | |
| 78. | | | | | Sold | 7/15 | J | A | |
| 79. JP MORGAN CHASE | A | Dividend | | | Buy | 4/9 | J | | |
| 80. | | | | | Sold | 12/19 | J | A | |
| 81. MUNDER SER TR MID CAP | A | Dividend | K | T | | | | | |
| 82. NEENAH, WI PROM NOTES | B | Interest | K | T | Buy | 5/13 | K | | |
| 83. OHIO ST. HIGH ED. SERIES B | B | Interest | L | T | | | | | |
| 84. OLD REPUBLIC INTL | A | Dividend | | | Sold | 9/2 | J | A | |
| 85. ONEOK, INC. | | None | | | Buy | 11/5 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/19 | J | A | |
| 87.  JC PENNEY | | None | | | Buy | 11/6 | J | | |
| 88. | | | | | Sold | 12/19 | J | A | |
| 89.  PIONEER NATURAL RES | A | Dividend | | | Sold | 12/19 | J | A | |
| 90.  PIMCO FDS UNCONSTR. BOND FD | | None | J | T | Buy | 12/19 | J | | |
| 91.  PLAINS EXP & PROD CO | | None | | | Sold | 8/26 | J | B | |
| 92.  PUERTO RICO ELEC. AUTH. REV. RR | B | Interest | L | T | | | | | |
| 93.  ROWE T. PRICE CORP. | | None | J | T | Buy | 12/19 | J | | |
| 94.  R.S. INV TR VALUE FD CLASS A | A | Dividend | K | T | | | | | |
| 95.  S&P DEP RCPTS | | None | | | Buy | 12/12 | L | | |
| 96. | | | | | Sold | 12/19 | L | B | |
| 97.  SARA LEE | A | Dividend | | | Buy | 4/29 | J | | |
| 98. | | | | | Sold | 12/19 | J | A | |
| 99.  SLM CORP. | | None | | | Buy | 7/29 | J | | |
| 100. | | | | | Sold | 12/19 | J | A | |
| 101.  SPECTRA | | None | | | Buy | 11/5 | J | | |
| 102. | | | | | Sold | 12/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. STRATTON FUNDS SM CAP VALUE | A | Dividend | K | T | | | | | |
| 104. 3 M CO | B | Dividend | K | T | | | | | |
| 105. TIME-WARNER INC. | | None | | | SLD | 1/30 | J | A | |
| 106. UNITED TECHNOLOGIES | A | Dividend | | | Sold | 5/15 | J | A | |
| 107. UPS CLASS B | A | Dividend | | | Sold | 4/14 | J | A | |
| 108. VALERO ENERGY | | None | | | Buy | 11/11 | J | | |
| 109. | | | | | Sold | 12/19 | J | A | |
| 110. VANGUARD FIXED INC. INTR TERM | | None | J | T | Buy | 12/23 | J | | |
| 111. VANGUARD FIXED INC. LONG TERM INVEST. | | None | J | T | Buy | 12/19 | J | | |
| 112. WALGREEN | A | Dividend | | | Buy | 6/9 | J | | |
| 113. | | | | | Sold | 12/19 | J | A | |
| 114. WASH. ST. SERIES D | B | Interest | K | T | | | | | |
| 115. WEYERHAUSER | A | Dividend | | | Sold | 12/19 | J | A | |
| 116. WHITE MOUNTAINS INS | A | Dividend | | | Sold | 12/12 | J | A | |
| 117. WILLIAMSON CNTY, TENN. RURAL S CH. | A | Interest | | | Sold | 4/1 | K | A | |
| 118. REPORTER | | | | | | | | | |
| 119. BARON SELECT FUND | A | Dividend | K | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)
2. Value Codes   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
(See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  BLDRS EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 121.  BLUE COAT | | None | | | Sold | 12/8 | K | A | |
| 122.  CISCO | A | Dividend | J | T | Sold (part) | 12/8 | K | F | |
| 123.  COSTCO WHOLESALE | A | Dividend | J | T | | | | | |
| 124.  FIRST TR ISE REVERE NAT. GAS | | None | | | Buy | 7/2 | K | | |
| 125. | | | | | Sold | 12/3 | J | A | |
| 126.  FISERV | A | Dividend | K | T | | | | | |
| 127.  GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 128.  INTEL CORP. | A | Dividend | J | T | | | | | |
| 129.  IN VEN TIV HEALTH INC | | None | | | Sold | 7/2 | J | A | |
| 130.  ISHARES DOW JONES ETF | A | Dividend | J | T | | | | | |
| 131.  ISHARES INC BRAZIL FREE INDEX | A | Dividend | J | T | | | | | |
| 132.  JOHNSON CONTROLS | A | Dividend | | | Sold | 11/17 | J | B | |
| 133.  JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 134.  M&I BANK | A | Dividend | J | T | Sold (part) | 1/22 | J | C | |
| 135.  MASS MUTUAL | B | Interest | L | T | | | | | |
| 136.  MATTHEWS INDIA FUND | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  METAVANTE | A | Dividend | J | T | | | | | |
| 138.  MITCHELL BANK HOLDING | A | Dividend | J | T | | | | | |
| 139.  NAVIDIA | A | Dividend | | | Sold | 1/22 | J | A | |
| 140.  NORTHWESTERN MUTUAL LIFE | B | Interest | L | T | | | | | |
| 141.  OBERWEIS CHINA OPPT | B | Dividend | J | T | | | | | |
| 142.  PAREXEL INT'L CORP. | | None | | | Buy | 7/2 | J | | |
| 143. | | | | | Sold | 12/3 | J | A | |
| 144.  PARK BANK | B | Interest | K | T | | | | | |
| 145.  POLARIS GLOBAL VALUE | | None | | | Sold | 2/22 | J | A | |
| 146.  RIVERBED TECH I | | None | J | T | | | | | |
| 147.  SOUTHWEST ENERGY | A | Dividend | | | Buy | 7/2 | K | | |
| 148. | | | | | Sold | 12/3 | J | A | |
| 149.  SPDR S&P BIOTECH ETF | A | Dividend | J | T | | | | | |
| 150.  ST. JUDE MEDICAL | A | Dividend | K | T | | | | | |
| 151.  STERICYCLE | A | Dividend | K | T | | | | | |
| 152.  THIRD WAVE TECH | | None | | | Sold | 8/21 | K | D | |
| 153.  US BANK | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. VASCO DATA SERVICES | | None | | | Sold | 2/22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 04/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL$ ___ ECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544